IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2021 FEB 18 PM 5:44

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG S. MARSH; NICOLE T. BEATTIE a/k/a NICOLE T. BURR; JEREMY S. GERDES,<br><br>Defendants. | 4:21CR 3012<br><br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1),(b)(1)<br>18 U.S.C. § 2 |

The Grand Jury charges that

## COUNT I

On or about October 29, 2020, in the District of Nebraska, Defendants CRAIG S. MARSH, NICOLE T. BEATTIE a/k/a NICOLE T. BURR, and JEREMY S. GERDES did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), Title 21, United States Code, Section 841(b)(1), and Title 18, United States Code, Section 2.

## COUNT II

On or about October 26, 2020, in the District of Nebraska, Defendant CRAIG S. MARSH did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

1

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

JOHN J. SCHOETTLE, #IL6321461
Assistant U.S. Attorney