IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 4:21CR3012 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNOPPOSED MOTION TO |
| | ) | CONTINUE THE DEADLINE |
| CRAIG S. MARSH, | ) | FOR FILING PRETRIAL |
| | ) | MOTIONS AND JURY TRIAL |
| Defendant. | ) | |

Craig Marsh, by and through the undersigned, hereby moves to continue his deadline for filing pretrial motions from May 7, 2021, until June 4, 2021, and his jury trial now set for June 7, 2021, for an additional 30 days. In furtherance of said motion, and as good cause for granting the same, defendant shows to this Court as follows:

1. Counsel and Mr. Marsh have a meeting scheduled to go over the discovery. However, it is not until the week of May 17, 2021. Therefore, defendant seeks an extension of the pretrial motion deadline as well as a trial continuance.

2. Defendant submits, pursuant to 18 U.S.C. §3161(h)(7)(A), that the delay resulting from defendant filing the present motions will serve the ends of justice and that giving the defendant additional time to file pretrial motions and continuing his trial outweighs the best interests of the public and the defendant in a speedy trial.

3. AUSA John Schoettle has no objection to continuing defendant's deadline for filing pretrial motions and his jury trial.

WHEREFORE, based upon the above showing, defendant respectfully requests an Order extending his deadline for filing pretrial motions until June 4, 2021, and his jury trial now set for June 7, 2021, for an additional 30 days.

Dated this 6th day of May, 2021.

CRAIG S. MARSH, Defendant

By:/s/ *Toni Wilson*
    Toni Wilson
    Assistant Federal Public Defender
    112 Federal Building
    Lincoln, Nebraska 65808
    402-221-7820
    Attorney for Defendant